# NOTICE REGARDING SERVICE IN IFP CASES

In cases in which *in forma pauperis* has been granted and service will be effected by the United States Marshal, the summons will be issued electronically by the clerk's office and entered in CM/ECF. **You** will be responsible for the preparation of the service packets for each defendant.

The service packet should include:

- **1** copy of the complaint
- **1** copy of the Order granting in forma pauperis
- **1** copy of the USM 285 form – **USM 285**
- **2** copies of the summons form – **summons**

In Social Security cases you will include a page with the plaintiff's social security number per L.R. 9.1(a).

The completed service packet(s) should be mailed to:

United States Marshal's Service
800 Market Street
Suite 320
Knoxville, TN 37902

Please feel free to contact the U.S. District Court Clerk's Office if you have any questions regarding this matter. Thank you.