UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| GARY R. ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:16-CV-154 |
| | ) |
| CAVALRY SPV 1, LLC, | ) |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) |
| and GARNER & CONNER, PLLC, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The undersigned discourages the filing of a motion pursuant to Federal Rule of Civil Procedure 12(b) if the defect can be cured by the filing of an amended pleading. Therefore, **IT IS ORDERED** that the parties must meet and confer prior to the filing of a motion to dismiss to determine whether the motion can be avoided. The duty to confer also applies to parties appearing *pro se*. Consequently, a motion to dismiss must be accompanied by a notice indicating that the parties have conferred to determine whether an amendment could cure a deficient pleading, and have been unable to agree that the pleading is curable by a permissible amendment.

**MOTIONS TO DISMISS THAT DO NOT CONTAIN THE REQUIRED CERTIFICATION ARE SUBJECT TO BEING STRICKEN**.

**IT IS FURTHER ORDERED** that *pro se* parties familiarize themselves with the Federal Rules of Civil Procedure and Local Rules for the Eastern District of Tennessee, which can be found on the Court's web site at www.tned.uscourts.gov.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge